# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### THEODORE LEVIN UNITED STATES COURTHOUSE
### 231 WEST LAFAYETTE BLVD.
### DETROIT, MICHIGAN 48226

CHAMBERS OF
**GERALD E. ROSEN**
UNITED STATES DISTRICT JUDGE

(313) 234-5135

July 14, 2006

**Committee of Financial Disclosure**
**Administrative Office of the U.S. Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

**Dear Sirs:**

Pursuant to your instructions, enclosed please find an original and three copies of my Amended 2005 Financial Disclosure Report. Per your request I have made the necessary amendments with the exception of Line 27. "529 Plan" is the name of the trust which is the Putnam 529 College Fund. Line 29 "Trust No. 1" has listed below that line the different accounts within that Trust. If I should not list it this way, or if there are any other issues, please advise me.

With best wishes, I am



Si

**GER: ddv**
**Enclosures**

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) ROSEN, GERALD E | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 07/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address ROOM 802 Theodre Levin Cthse 231 W. LAFAYETTE DETROIT, MICHIGAN 48226-2799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 2. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. Board of Directors | Wayne County Mediation Tribunal, Deetroit, Michigan |
| 4. Advisory Board | Wayne State University Law School, Detroit Michigan |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |

FINANCIAL DISCLOSURE OFFICE Jul 24 11 14 AM '06 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 07/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/05-5/05 | Adjunct Professor at Wayne State Law School - compensation for teaching evidence | $ 7562.80 |
| 2. 02/23/05 | Royalties from Michigan Practice Guide - West Group | $ 19.85 |
| 3. 03/28/05 | Royalties from Federal Civil Trials and Evidence - West Group | $ 4,638.82 |
| 4. 06/15/05 | Rutter Group Seminar in Grand Rapids, Michigan - fee | $ 750.00 |
| 5. 9/26/05 | Royalties from Federal Civil Trials & Evidence | $ 11,462.89 |
| 6. 08/25/05 | Royalties from Michigan Practice Guide - West Group | $ 39.61 |
| 7. 05/26/05 | Rutter Group Seminar in San Francisco Fee | $ 500.00 |
| 8. 06/23/05 | NBI/Rutter Group Seminar in Cincinnati, Ohio, Fee | $ 750.00 |
| 9. 06/01/05 | Rutter Group Seminar in Seattle, Washington Fee | $ 500.00 |
| 10. 5/05-8/05 | Adjunct Professor at Cooley Law School - compensation for teaching evidence | $ 6,830.20 |
| 11. 9/05-12/05 | Adjunct Professor at Cooley Law School, compensation for teaching evidence | $ 6,631.66 |
| 12. 6/16/05 | Rutter Group Seminar in Detroit, Michigan - fee | $ 750.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. 09/12/05-09/16/05 - The International Judiciary Academy, The Hague, Netherlands | Attend Sir Richard May Seminar for Judges. Expenses reimbursed airfare, hotel, meals and transportation. |
| 2. 05/12/05-05/13/05 - FJC | Travel to Wash, D.C. to attend a recorded lecture for EvidenceOverview for District Judges. Expenses reimbursed airfare, meals, taxi, |
| 3. 06/15/05 - The Rutter Group | Detroit Rutter Seminar on Federal Trial Practice at Hotel Pontchartrain. (reimbursement includes meals) |
| 4. 05/25/05-05/27/05 - The Rutter Group | Travel to San Francisco, Ca for Seminar on Fed Trial Practice. Expenses reimbursed (taxi, food, airfare, car rental) |
| 5. 05/31/05--06/03/05- The Rutter Group | Travel to Seattle Wa. and LA, CA. for Rutter Seminar on Federal Trial Practice. Expenses reimbursed food, taxi, hotel, parking, airfare. |
| 6. 6/16/05 - The Rutter Group | Travel to Grand Rapids for Seminar on Federal Trial Practice. Expenses reimbursed include meals, mileage. |
| 7. 02/04/05 - Duke University School of Law | Travel to Durham, NC to give speech at Duke University School of Law. Expenses reimbursed mileage, parking, meals |
| 8. 03/03/05-03/04/05 - American Bar Association | Travel to Las Vegas, NE to speak at the White Collar Crime Seminar. Expenses reimbursed air fare, meals, mileage, parking, hotel |
| 9. 6/23/05 - National Business Institute | Travel to Cincinnati, Oh to speak for seminar "What Judges want you to know about Evidence. Expenses reimbursed air fare, parking, mileage |
| 10. 12/03/05-12/06/05 - Cardoza School of Law | Travel to New York to speak at a seminar "Secret Evidence". Expenses reimbused air fare, meals, parking, taxi |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 07/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comerica Bank - Detroit | A | Interest | | T | | | | | |
| 2. Comerca Bank - Detroit | A | Interest | | T | | | | | |
| 3. MFS Mass Investment Trust | | None | | | sell | 1/26 | K | | |
| 4. Munder Future Tech | | None | | | sell | 1/26 | J | | |
| 5. Transacanada | | None | K | T | | | | | |
| 6. Cytec Corp | | None | J | T | | | | | |
| 7. UBSPW Cash Fund | | None | J | T | | | | | |
| 8. RS Emerging Growth | | None | J | T | | | | | |
| 9. RS Emergin Growth | | None | J | T | | | | | |
| 10. Fomento Economico | D | | | | Buy | 1/26 | J | | |
| 11. Raytheon | A | Dividend | J | T | | | | | |
| 12. RMA Money Fund | A | Dividend | J | T | | | | | |
| 13. Bear Stearns S & P | | None | J | T | | | | | |
| 14. MFS Value Fund | | Dividend | L | T | | | | | |
| 15. Putman Int'l Growth | | None | K | T | | | | | |
| 16. Seligman Global Growth | | None | K | T | | | | | |
| 17. UBSPW Ret Money Fund | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Activision Inc. | | None | J | T | | | | | |
| 19. Bear Stearns S&P | | None | J | T | | | | | |
| 20. RS Emerging Growth | | None | J | T | | | | | |
| 21. State Street LG Cap | | None | J | T | | | | | |
| 22. National Grid PLC | B | | | | Buy | 1/26 | J | | |
| 23. UBSPW Ret Money FD | | None | J | T | | | | | |
| 24. Robert W. Baird & Co. Inc. JDR | | | | | | | | | |
| 25. Cisco Systems, Inc. | | None | J | T | | | | | |
| 26. Intel Corp | | None | J | T | | | | | |
| 27. 529 Plan | | | | | | | | | |
| 28. Putnam 529 College Fund | | None | K | T | | | | | |
| 29. Trust No. 1 | | | | | | | | | |
| 30. -Haslett Mi Public Schools | B | Dividend | K | T | | | | | |
| 31. - Genessee City Mi Bldg. | B | Dividend | K | T | | | | | |
| 32. - RMA Money Fund | A | Dividend | J | T | | | | | |
| 33. Groupe Danone | B | | | | Buy | 2/10 | J | | |
| 34. - Agree Realty Corp. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 07/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Agrium Inc. | | None | J | T | | | | | |
| 36. -El Paso Electric Co. | | None | J | T | | | | | |
| 37. -Intuitive Surgical Inc. | C | | | | sell | 2/09 | J | C | |
| 38. - MDU Resources Group | | None | J | T | | | | | |
| 39. Goldcorp (a/k/a Wheaton River Minerals) | | None | J | | | | | | |
| 40. - Natural Resource Part | | None | J | | | | | | |
| 41. Primewest Energy Trust | A | Dividend | K | T | | | | | |
| 42. Provident Energy Trust | B | Dividend | K | T | | | | | |
| 43. Sirius Satellite | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 07/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Line 10 and 22 of Section VII of the 2004 Disclosure Statement reflects that Fetchomatic Global had no balance and no activity. It will no longer be reported because the value of the account is below threshold.

2. Due to an oversight by my secretary, Line 41 Primewest Energy Trust was purchase 12/10/04, the value code would have been "J". Line 42 - Provident Energy Trust was puchased on 12/10/04 and value code would be have been "J". Finally, Line 43, Sirius Satellite was purchased 12/06/04 and the value code would have been "J"

3. Line 39 of the 2005 Disclosure Statement is "Goldcorp" a/k/a Wheaton River Minerals - Line 39 of the 2004 Disclosure Statement. The company changed names therefore it will be recorded as "Goldcorp".

4. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute outside earned income.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 07/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  14 July '06

NOTE: AN... ...IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIM...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSEN, GERALD E | U.S. DISTRICT COURT | 05/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM 802 Theodre Levin Cthse<br>231 W. LAFAYETTE<br>DETROIT, MICHIGAN 48226-2799 | Reviewing Office ▮▮▮▮▮▮▮▮▮▮▮ Date 12 May 06 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 2. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. Board of Directors | Wayne County Mediation Tribunal, Deetroit, Michigan |
| 4. Advisory Board | Wayne State University Law School, Detroit, Michigan |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/05-5/05 | Adjunct Professor at Wayne State Law School - compensation for teaching evidence | $ 7562.80 |
| 2. 02/23/05 | Royalties from Michigan Practice Guide - West Group | $ 19.85 |
| 3. 03/28/05 | Royalties from Federal Civil Trials and Evidence - West Group | $ 4,638.82 |
| 4. 06/15/05 | Rutter Group Seminar in Grand Rapids, Michigan - fee | $ 750.00 |
| 5. 9/26/05 | Royalties from Federal Civil Trials & Evidence | $ 11,462.89 |
| 6. 08/25/05 | Royalties from Michigan Practice Guide - West Group | $ 39.61 |
| 7. 05/26/05 | Rutter Group Seminar in San Francisco Fee | $ 500.00 |
| 8. 06/23/05 | NBI/Rutter Group Seminar in Cincinnati, Ohio, Fee | $ 750.00 |
| 9. 06/01/05 | Rutter Group Seminar in Seattle, Washington Fee | $ 500.00 |
| 10. 5/05-8/05 | Adjunct Professor at Cooley Law School - compensation for teaching evidence | $ 6,830.20 |
| 11. 9/05-12/05 | Adjunct Professor at Cooley Law School, compensation for teaching evidence | $ 6,631.66 |
| 12. 6/16/05 | Rutter Group Seminar in Detroit, Michigan - fee | $ 750.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/11/2006 |

## SOURCE

## DESCRIPTION

1. 09/12/05-09/16/05 - The International Judiciary Academy, The Hague, Netherlands

Attend Sir Richard May Seminar for Judges. Expenses reimbursed airfare, hotel, meals and transportation.

2. 05/12/05-05/13/05 - FJC

Travel to Wash, D.C. to attend a recorded lecture for EvidenceOverview for District Judges. Expenses reimbursed airfare, meals, taxi,

3. 06/15/05 - The Rutter Group

Detroit Rutter Seminar on Federal Trial Practice at Hotel Pontchartrain. (reimbursement includes meals)

4. 05/25/05-05/27/05 - The Rutter Group

Travel to San Francisco, Ca for Seminar on Fed Trial Practice. Expenses reimbursed (taxi, food, airfare, car rental)

5. 05/31/05--06/03/05- The Rutter Group

Travel to Seattle Wa. and LA, CA. for Rutter Seminar on Federal Trial Practice. Expenses reimbursed food, taxi, hotel, parking, airfare.

6. 6/16/05 - The Rutter Group

Travel to Grand Rapids for Seminar on Federal Trial Practice. Expenses reimbursed include meals, mileage.

7. 02/04/05 - Duke University School of Law

Travel to Durham, NC to give speech at Duke University School of Law. Expenses reimbursed mileage, parking, meals

8. 03/03/05-03/04/05 - American Bar Association

Travel to Las Vegas, NE to speak at the White Collar Crime Seminar. Expenses reimbursed air fare, meals, mileage, parking, hotel

9. 6/23/05 - National Business Institute

Travel to Cincinnati, Oh to speak for seminar "What Judges want you to know about Evidence. Expenses reimbursed air fare, parking, mileage

10. 12/03/05-12/06/05 - Cardoza School of Law

Travel to New York to speak at a seminar "Secret Evidence". Expenses reimbused air fare, meals, parking, taxi

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | $ 0.0 |
| 3. | | $ 0.0 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comerica Bank - Detroit | A | Interest | | T | | | | | |
| 2. Comerca Bank - Detroit | A | Interest | | T | | | | | |
| 3. MFS Mass Investment Trust | | | | | sell | 1/26 | K | | |
| 4. Munder Future Tech | | | | | sell | 1/26 | J | | |
| 5. Transacanada | | None | K | T | | | | | |
| 6. Cytec Corp | | None | J | T | | | | | |
| 7. UBSPW Cash Fund | | None | J | T | | | | | |
| 8. RS Emerging Growth | | None | J | T | | | | | |
| 9. RS Emergin Growth | | None | J | T | | | | | |
| 10. Fomento Economico | | | | | Buy | 1/26 | J | | |
| 11. Raytheon | A | Dividend | J | T | | | | | |
| 12. RMA Money Fund | A | Dividend | J | T | | | | | |
| 13. Bear Steams S & P | | None | J | T | | | | | |
| 14. MFS Value Fund | | Dividend | L | T | | | | | |
| 15. Putman Int'l Growth | | None | K | T | | | | | |
| 16. Seligman Global Growth | | None | K | T | | | | | |
| 17. UBSPW Ret Money Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Activision Inc. | | None | J | T | | | | | |
| 19. Bear Stearns S&P | | None | J | T | | | | | |
| 20. RS Emerging Growth | | None | J | T | | | | | |
| 21. State Street LG Cap | | None | J | T | | | | | |
| 22. National Grid PLC | | | | | Buy | 1/26 | J | | |
| 23. UBSPW Ret Money FD | | None | J | T | | | | | |
| 24. Robert W. Baird & Co. Inc. JDR | | | | | | | | | |
| 25. Cisco Systems, Inc. | | None | J | T | | | | | |
| 26. Intel Corp | | None | J | T | | | | | |
| 27. 529 Plan | | | | | | | | | |
| 28. Putnam 529 College Fund | | None | K | T | | | | | |
| 29. Trust No. 1 | | | | | | | | | |
| 30. -Haslett Mi Public Schools | B | Dividend | K | T | | | | | |
| 31. - Genessee City Mi Bldg. | B | Dividend | K | T | | | | | |
| 32. - RMA Money Fund | A | Dividend | J | T | | | | | |
| 33. Groupe Danone | | | | | Buy | 2/10 | J | | |
| 34. - Agree Realty Corp. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Agrium Inc. | | None | J | T | | | | | |
| 36. -El Paso Electric Co. | | None | J | T | | | | | |
| 37. -Intuitive Surgical Inc. | | | | | sell | 2/09 | J | C | |
| 38. - MDU Resources Group | | None | J | T | | | | | |
| 39. Goldcorp (a/k/a Wheaton River Minerals) | | None | J | | | | | | |
| 40. - Natural Resource Part | | None | J | | | | | | |
| 41. Primewest Energy Trust | A | Dividend | K | T | | | | | |
| 42. Provident Energy Trust | B | Dividend | K | T | | | | | |
| 43. Sirius Satellite | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Line 10 and 22 of Section VII of the 2004 Disclosure Statement reflects that Fetchomatic Global had no balance and no activity. It will no longer be reported because the value of the account is below threshold.

2. Due to an oversight by my secretary, Line 41 Primewest Energy Trust was purchase 12/10/04, the value code would have been "J". Line 42 - Provident Energy Trust was puchased on 12/10/04 and value code would be have been "J". Finally, Line 43, Sirius Satellite was purchased 12/06/04 and the value code would have been "J"

3. Line 39 of the 2005 Disclosure Statement is "Goldcorp" a/k/a Wheaton River Minerals - Line 39 of the 2004 Disclosure Statement. The company changed names therefore it will be recorded as "Goldcorp".

4. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute outside earned income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _12 May 06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544